# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA IN THE
INTEREST OF J.D. AKA BABY
GIRL J.B.

NO.  2022 CW 0222

**MARCH 10, 2022**

---

In Re:    L.W. and K.W., applying for supervisory writs, 17th
          Judicial District Court, Parish of Lafourche, No.
          14332.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

                              JMG
                              GH
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT